THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSBORNE CONSTRUCTION COMPANY, | CASE NO. C18-0349-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court of the parties' stipulated motion to extend the mediation deadline (Dkt. No. 38). Finding good cause, the Court GRANTS the motion. The parties shall complete mediation no later than February 25, 2019. This order does not affect any other deadlines established in the Court's scheduling order (Dkt. No. 17).

DATED this 23rd day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0349-JCC
PAGE - 1