UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSBORNE CONSTRUCTION COMPANY, | CASE NO. C18-0349-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's cross-motion and response (Dkt. No. 37) to Plaintiff's motion to certify an issue to the Washington State Supreme Court (Dkt. No. 36). Pursuant to Local Civil Rule 7(l), and in the interests of judicial economy, the Court re-notes Plaintiff's motion to certify (Dkt. No. 36) to February 8, 2019.

DATED this 28th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk