UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSBORNE CONSTRUCTION COMPANY,<br><br>               Plaintiff,<br><br>   v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. C18-0349-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Trial is currently scheduled in this matter for May 6, 2019. Due to a scheduling conflict, and in the interest of managing its own docket, the Court hereby VACATES the current trial date and all pre-trial deadlines. The parties shall meet and confer to select a new trial date, and within 14 days of the issuance of this order, file a notice proposing a new trial date(s). The Court will select a new trial date and establish new pretrial deadlines after receiving and reviewing the parties' notice.

//

//

//

DATED this 28th day of February 2019.

           William M. McCool
           Clerk of Court

           s/Tomas Hernandez
           Deputy Clerk

MINUTE ORDER
C18-0349-JCC
PAGE - 2