THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSBORNE CONSTRUCTION COMPANY, | CASE NO. C18-0349-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court of the parties' notice proposing a new trial date (Dkt. No. 46). Pursuant to the parties' notice, the Court ENTERS the following amended case schedule:

| **Event** | **Deadline** |
|---|---|
| Pretrial order filed | May 24, 2019 |
| Trial briefs, proposed voir dire, proposed jury instructions, and motions in limine filed | May 31, 2019 |
| Responses to motions in limine | June 3, 2019 |
| Trial (5-day estimate) | June 10, 2019 |

MINUTE ORDER
C18-0349-JCC
PAGE - 1

DATED this 15th day of March 2019.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk